IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN E. DANNENBERG,

    Plaintiff,                      No. CIV S-96-0027 JFM P

    vs.

JULIO VALADEZ, et al.,

    Defendants.                ORDER

_____/

        On September 15, 2005, plaintiff filed a document styled "Notice of Discharge of Counsel" stating, inter alia, that he has discharged his counsel as of September 1, 2005, and that he will represent himself in pro per "unless there is an objection filed within fifteen days of receipt of this notification." Plaintiff's notice is not signed by his attorney of record, with whom plaintiff represents that he is having extreme difficulties communicating.

        This matter is presently set for status conference before the undersigned on October 6, 2005. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Counsel for defendants will be directed to take all steps necessary to arrange for plaintiff's participation in the status conference by telephone conference call and to notify the court of the telephone number at which plaintiff can be reached at the time of the status conference; and

1

1     2. Nothing in this order relieves Ronald Melluish, Esq., of the obligation to attend
the status conference on October 6, 2005.

DATED:  September 21, 2005.

                                                      _____
                                                      UNITED STATES MAGISTRATE JUDGE

12
dann0027.sc