IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN E. DANNENBERG,

    Plaintiff,　　　　　　　　　　No. CIV S-96-0027 JFM P

  vs.

JULIO VALADEZ, et al.,　　　　　　　ORDER TO SHOW CAUSE

    Defendants.　　　　　　　　　　IN RE CONTEMPT

_____/

        Pursuant to court order, this matter came on for status conference on October 6, 2005. There was no appearance by counsel for plaintiff. Plaintiff John Dannenberg participated by telephone conference. Michael G. Lee, Supervising Deputy Attorney General, appeared as counsel for defendants.

        This matter was set for status conference in a minute order filed September 6, 2005. By order filed September 22, 2005, this court directed counsel for defendants to take all steps necessary to arrange for plaintiff's participation in the status conference by telephone conference call. The September 22, 2005 order specifically provided that the participation of plaintiff by telephone conference did not relieve counsel for plaintiff, Ronald Melluish, Esq., of the obligation to attend the status conference on October 6, 2005. As noted above, Ronald Melluish did not appear at the October 6, 2005, status conference.

1  Accordingly, good cause appearing, IT IS HEREBY ORDERED that Ronald
2  Melluish, Esq. is ordered to show cause in person before the undersigned on November 17, 2005
3  why he should not be held in contempt of court for failing to appear at the status conference on
4  October 6, 2005.
5  DATED: October 13, 2005.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

12
dann0027.osc