IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN E. DANNENBERG,

    Plaintiff,                             No. CIV S-96-0027 JFM P

    vs.

JULIO VALADEZ, et al.,

    Defendants.                  <u>ORDER</u>

        Pursuant to court order this matter came on for status conference on December 8, 2005. Ronald Melluish, Esq., John Dannenberg, and Deputy Attorney General Michael Lee all participated by telephonic conference. After hearing, in accordance with the agreement of the parties and good cause appearing, IT IS HEREBY ORDERED that:

        1. Defendants shall pay to plaintiff John Dannenberg the money judgment awarded in this action with interest thereon payable pursuant to the provisions of 28 U.S.C. § 1961 from September 21, 2000 to the date of payment.

        2. Defendants shall pay to plaintiff John Dannenberg costs and expenses as ordered by this court by order filed September 14, 2002 with interest thereon payable pursuant to the provisions of 28 U.S.C § 1961 from September 14, 2002 to the date of payment.

/////

1        3. Defendants shall pay to plaintiff John Dannenberg the attorneys' fees awarded
2 by this court by order filed September 24, 2004.

3 DATED: December 12, 2005.

                                              /s/ John F. Moulds
                                           UNITED STATES MAGISTRATE JUDGE

12
dann0027.pymt